**Order entered August 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00243-CR

**UNDRA DEWAYNE BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76713-P**

## ORDER

Before the Court is the State's August 4, 2017 first motion for extension of time to file its

brief. We **GRANT** the motion.

We **ORDER** the State to file its brief within THIRTY DAYS of the date of this order.

/s/      ADA BROWN
           JUSTICE